UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED D.C.
MAR 3 1 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

MARISELA DEL CARMEN-IGLESIAS,

    Defendant,

vs.                                      Docket No: 93-cr-00339

UNITED STATES OF AMERICA,

    Respondent.
_____/

## SWORN AFFIDAVIT OF
## MARISELA DEL CARMEN-IGLESIAS

    COMES NOW, MARISELA DEL CARMEN-IGLESIAS, with this her sworn affidavit pursuant to Title 28 U.S.C. § 1746 under penalty of perjury, in support of her motion to Motion to Withdraw Plea of Guilty and Set Aside Judgment of Conviction and Sentence pursuant to Title 28 U.S.C. § 1651 and in support provides as follows:

    1.    I am the Petitioner in the above captioned case.

    2.    During the pendency of my case and during the pre-trial preparation, I was never advised that my plea would ever affect my immigration status.

    3.    There was no discussion of my immigration status being affected by my decision to plead guilty. I was never advised by my

attorney that my pleading guilty could have any implications on my immigration status.

4. I was never advised by the Court that by pleading guilty I could be exposed to deportation from the United States.

5. Had my attorney, the Court or even the Pre-Trial services advised me that I could be deported by pleading guilty, I would have never plead guilty and would have proceeded to trial as were my intentions.

Done this 23, day of March 2011.

*Marisela Iglesias*

Marisela Del Carmen-Iglesias