UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 93-339-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARISELA DEL CARMEN-IGLESIAS,

        Defendant.
_____/

### ORDER DENYING MOTION TO FILE BY TRADITIONAL MEANS

THIS CAUSE came before the Court upon defendant's motion to file by traditional means **[D.E. #169]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida, this ___4___ day of April, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record