*Padilla* court understood its decision would be applied retroactively to individuals such as Petitioner.

### B. *Coram Nobis* **is an appropriate remedy.**

A petition for a writ of *coram nobis* pursuant to Title 28, United States Code, Section 1651, the All-Writs Act, is available to challenge federal convictions in the wake of the *Padilla* decision.

At common law, the writ of *coram nobis* existed to correct errors of fact or to make technical corrections in a judgment. *United States v. Morgan,* 346 U.S. 502, 507 (1954). The modern version of this writ is broader than at common law. *United States v. Denedo,* 129 S.Ct. 2213 (2009). The writ of *coram nobis* permits courts in "extraordinary" cases that present compelling circumstances "to achieve justice" where no other remedies are available." *Id. Morgan,* 346 U.S. at 510-11.

According to the Supreme Court, a *coram nobis* petition is not a new proceeding, but an extension of the original proceeding for which Title 28, United States Code, Section 1651, the All-Writs Act, provides jurisdiction to an Article I or Article Three Court to correct an earlier legal or factual error. See *United States v. Morgan,* 346 U.S. 502 (1954)

7