UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 93-00339-CR-MORENO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MARISELLA DEL CARMEN-IGLESIAS,

       Defendant.
_____/

## ORDER DENYING MOTION TO WITHDRAW PLEA OF GUILTY AND SET ASIDE JUDGMENT OF CONVICTION AND SENTENCE PURSUANT TO TITLE 28 U.S.C. § 1651

THIS CAUSE came before the Court upon defendant's motion to withdraw plea of guilty and set aside judgment of conviction and sentence pursuant to title 28 U.S.C. § 1651 **[D.E. #173]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED** as the Court clearly advised counsel of the immigration consequences of her guilty plea. In any event the motion is untimely.

DONE and ORDERED in Miami-Dade County Florida, this ___6___ day of May, 2011.

                                                         _____
                                                         FEDERICO A. MORENO
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record